IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>JONATHAN M. VIDLAK,<br><br>              Defendant. | **8:13-CR-148**<br><br>**ORDER** |

IT IS ORDERED that:

1. The defendant's unopposed motion to continue sentencing date (filing 62) is granted.

2. Defendant Jonathan M. Vidlak's sentencing is continued to Friday, October 24, 2014, at 3:30 p.m. before the undersigned United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 29th day of August, 2014.

BY THE COURT:

_____
John M. Gerrard
United States District Judge